# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>EPICENTER PARTNERS L.L.C.<br><br><br>*Debtor(s)* | Chapter  11<br><br>Case No.  2:16-bk-05493-MCW<br><br>Adv. No. |
| CPF Vaseo Associates<br><br><br>*Appellant(s)* | |
| v.<br>SONORAN DESERT LAND INVESTORS LLC,<br>EAST OF EPICENTER LLC, GRAY PHOENIX<br>DESERT RIDGE II LLC<br><br>*Appellee(s)* | **TRANSMITTAL OF APPEAL TO<br>DISTRICT COURT** |

TO:   BRIAN D. KARTH
      CLERK, U.S. DISTRICT COURT
      FOR THE DISTRICT OF ARIZONA

Transmitted herewith is:

A Notice of Appeal filed on 09/25/2017, a copy of the order of judgment appealed, and the election of appellant to have appeal transferred to the District Court pursuant to 28 U.S.C. Section 158(c)(1).

The Notice of Appeal Filing Fee ☑ has been paid, ☐ has not been paid, or ☐ waived by order pursuant to 28 USC 1930(f).

Dated:  September 27, 2017

                                      GEORGE PRENTICE, CLERK OF COURT
                                      U.S. BANKRUPTCY COURT

                                      Leticia Orosco
                                By:_____
                                        Deputy Clerk

Copies to be mailed to attorneys for interested parties and pro se parties to the appeal by the BNC.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>EPICENTER PARTNERS L.L.C.<br><br>Debtor(s)<br><br>CPF Vaseo Associates<br><br><br>Appellant(s)<br><br>SONORAN DESERT LAND INVESTORS LLC, EAST OF EPICENTER LLC, GRAY PHOENIX DESERT RIDGE II LLC<br><br>Appellee(s) | Chapter   11<br><br>Case No.   2:16-bk-05493-MCW<br><br>Adv. No.<br><br><br><br><br><br><br><br>**NOTICE OF FILING OF APPEAL AND NOTICE OF REFERRAL OF APPEAL TO THE DISTRICT COURT** |

   YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 09/25/2017 with the Clerk of the U.S. Bankruptcy Court.  The appellant has filed an election to have the appeal transferred to the District Court.  Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

   NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 14 days of the filing of the Notice of Appeal[1], file with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Ave, #101, Phoenix, Arizona, 85003 the following:

   1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
   2. A statement of the issues to be presented and serve a copy upon the appellee; and
   3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof.  The party requesting transcripts must follow the court's ordering procedures.

Dated:  September 27, 2017

GEORGE PRENTICE, CLERK OF COURT

By:  Leticia Orosco
           Deputy Clerk

Copies to be mailed to attorneys for parties and pro se parties to the appeal by the BNC

---

[1] FRBP 8006 provides that if a motion for leave to appeal was filed or timely motions under FRBP 8002(b), then the below listed items are due 14 days after filing the notice of appeal, entry of an order granting leave, or entry of an order disposing of FRBP 8002(b) motions, whichever is later.

# United States Bankruptcy Court
## District of Arizona

### APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a Court proceeding in your Appeal documents, **it is your responsibility to order it** from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 602-682-4961 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

### NOTICE TO PARTIES TO APPEAL TO DISTRICT COURT

Procedure when an appeal is transmitted to District Court:

1. Upon receipt of an appeal from the Clerk of the Bankruptcy Court or from the Clerk of the Bankruptcy Appellate Panel, the appeal is assigned a civil case number in the District Court. The District Court then sends a "Notice of Receipt of Appeal" to the parties to the appeal advising them of the civil case number assigned in the District Court.

2. The bankruptcy appeal in the District Court is governed by the District Court Local Rules of Bankruptcy Appeal Procedure. Please refer to these rules.

3. When the statement of issues, designation of record and any designated transcripts are filed with the Bankruptcy Court, the Bankruptcy Court Clerk will transmit to the District Court a certificate that the record is complete. The date of transmittal to the District Court constitutes the date of the entry of the appeal on the docket in District Court.

4. The record is retained in the Bankruptcy Court. Copies of the record are no longer required to be filed with the District Court. Instead, the parties include copies from the record in their Excerpts of Record filed as appendix to their briefs.

John R. Clemency, Esq. (Bar No. 009646)
Todd A. Burgess, Esq. (Bar No. 019013)
Lindsi M. Weber, Esq. (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:   (602) 530-8500
John.clemency@gknet.com
todd.burgess@gknet.com
Lindsi.weber@gknet.com

Attorneys for CPF VASEO ASSOCIATES, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| EPICENTER PARTNERS L.L.C. | Case No. 2:16-bk-05493-MCW |
| GRAY MEYER FANNIN L.L.C. | Jointly Administered with: |
| SONORAN DESERT LAND INVESTORS LLC | Case No. 2:16-bk-05494-MCW |
| EAST OF EPICENTER LLC | Case No. 2:16-bk-07659-MCW<br>Case No. 2:16-bk-07660-MCW |
| GRAY PHOENIX DESERT RIDGE II, LLC | Case No. 2:16-bk-07661-MCW |
| Debtors. | **NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT** |
| Filing relates to the July Debtors. | |

**Part 1: Identify the Appellant:**

  1. Name(s) of Appellant:  CPF Vaseo Associates, LLC

2. Position of Appellant in the adversary proceeding or bankruptcy case that is the subject of this Appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| Plaintiff<br>Defendants<br>Other (describe) | Debtor<br>X  Creditor<br>Trustee<br>Other (describe) |

**Part 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appealed from:

*Minute Entry Order* [Bankruptcy Case Dkt. # 871] (see attached), Dkt. 872 (audio of ruling), and Dkt. 882 (transcript of ruling) disallowing per diem late fees.

2. State the date on which the judgment, order or decree was entered:

September 11, 2017

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  CPF Vaseo Associates, LLC   Attorney:

    John R. Clemency
    john.clemency@gknet.com
    Todd A. Burgess
    todd.burgess@gknet.com
    Lindsi M. Weber
    lindsi.weber@gknet.com
    GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    Telephone:   (602) 530-8000
    Facsimile:   (602) 530-8500

2. Party:   Attorney:
   Sonoran Desert Land Investors, LLC
   East of Epicenter, LLC
   Gray Phoenix Desert Ridge II, LLC
   (Debtors)   Michael McGrath
    Frederick J. Petersen

2

MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, AZ 85701
(520) 624-8886
mmcgrath@mcrazlaw.com,
fpetersen@mcrazlaw.com,

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

　　　**X**  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign Below**

*/s/Todd A. Burgess*                                                                 Date:  September 25, 2017
Signature of attorney for Appellant

Name, address, and telephone number of attorney:

John R. Clemency
john.clemency@gknet.com
Todd A. Burgess
todd.burgess@gknet.com
Lindsi M. Weber
lindsi.weber@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
Attorneys for Appellant

3

Original filed and copies of the foregoing emailed this 25th day of September, 2017 to the following parties:

| | |
|---|---|
| Michael McGrath, Frederick J. Petersen, Jeffrey J. Coe, Isaac D. Rothschild, David Hindman<br>MESCH CLARK ROTHSCHILD<br>mmcgrath@mcrazlaw.com,<br>fpetersen@mcrazlaw.com,<br>jcoe@mcrazlaw.com<br>*Attorneys for Debtors* | Steven N. Berger, Patrick A. Clisham, Scott B. Cohen<br>snb@eblawyers.com<br>pac@eblawyers.com<br>sbc@eblawyers.com<br>*Attorneys for Official Committee of Unsecured Creditor* |
| Dean C. Waldt<br>BALLARD SPAHR LLP<br>waldtd@ballardspahr.com<br>*Attorneys for Arizona State Land Department* | Edward K. Bernatavicius<br>Edward.k.bernatavicius@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE |
| David D. Cleary<br>clearyd@gtlaw.com<br>*Attorneys for Emerald Equities, LLC* | Lori A. Lewis<br>LewisL01@mcao.maricopa.gov<br>Attorneys for Maricopa County Treasurer's Office |
| Dawn M Maguire<br>GUTTILLA ANDERSON MURPHY, PC<br>dmaguire@gamlaw.com<br>*Attorneys for Constantino Flores, Chapter 7 Trustee for the bankruptcy estate of GDG Partners, LL* | Marvin C. Ruth<br>COPPERSMITH BROCKELMAN PLC<br>mruth@cblawyers.com<br>*Attorneys for Abrams Capital Management, L.P., Abrams Capital Management, LLC, Abrams Capital Partners I, L.P., Abrams Capital Partners II, L.P., and Abrams Capital, LLC* |
| Michael W. Zimmerman<br>BERRY RIDDELL LLC<br>mz@berryriddell.com<br>*Attorneys for Desert Ridge Community Association* | J. Matthew Derstine and Rebekah L.W. Elliott<br>SNELL & WILMER L.L.P.<br>mderstine@swlaw.com<br>relliott@swlaw.com<br>*Attorneys for Joseph E. Meyer, Jr., Lisa Ann Zurcher-Meyer, and J.E. Meyer Investments, Inc* |
| Wendell Kusnerus<br>DAVIS WRIGHT TREMAINE LLP<br>wendellkusnerus@dwt.com<br>*Attorneys for Stuart S. Bingham* | Neal H. Bookspan<br>JABURG & WILK, P.C.<br>nbh@jaburgwilk.com<br>*Attorneys for Stuart S. Bingham (Bingham Development LLC)* |
| James Cross<br>CROSS LAW FIRM, P.L.C.<br>jcross@crosslawaz.com<br>*Attorneys for Bruce and Barbara Gray* | |

/s/ Todd A. Burgess

6202322v1/27539-0001

4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EPICENTER PARTNERS L.L.C. |
| **Case Number:** | 2:16-BK-05493-MCW    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 11, 2017 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | ANDAMO PURVIS |

### *Matter:*

EXPEDITED HEARING ON DEBTOR'S APPLICATION FOR ENTRY OF ORDER ON PREVIOUSLY GRANTED MOTION FOR DIP FINANCING

**R / M #:**   858 / 0

### *Appearances:*

MICHAEL W. MCGRATH, ATTORNEY FOR EPICENTER PARTNERS L.L.C., GRAY PHOENIX DESERT RIDGE II LLC, GRAY MEYER FANNIN LLC, SONORAN DESERT LAND INVESTORS LLC, EAST OF EPICENTER LLC (T)
FREDERICK J. PETERSEN, ATTORNEY FOR EPICENTER PARTNERS L.L.C., GRAY MEYER FANNIN LLC, GRAY PHOENIX DESERT RIDGE II LLC, SONORAN DESERT LAND INVESTORS LLC, EAST OF EPICENTER LLC
TODD A. BURGESS, ATTORNEY FOR LLC  CPF VASEO ASSOCIATES, LLC CPF VASEO ASSOCIATES
DEAN C WALDT, ATTORNEY FOR ARIZONA STATE LAND DEPARTMENT
MICHAEL MEYERS, ATTORNEY FOR ARIZONA STATE LAND DEPARTMENT
STEVEN N. BERGER, ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Page 1 of 4

Case 2:16-bk-05493-MCW   Doc 871   Filed 09/11/17   Entered 09/12/17 07:04:54   Desc
Main Document   Page 1 of 4                                    09/12/2017  7:04:41AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...   2:16-BK-05493-MCW         MONDAY, SEPTEMBER 11, 2017 10:30 AM

### Proceedings:

The Court advised that it has read the debtor's application and the responses that were filed.

Mr. Petersen advised the Court that a commitment letter was filed at docket 867 and argued his client's position regarding the motion. Mr. Petersen urged that the motion is appropriate, the loan should be approved, and the asset should be preserved for all creditors of the estate.

The Court discussed the specific language requested by the Arizona State Land Department on page 4, footnote number 2, of their response.

Mr. Petersen responded that the debtor has no concerns with the language as long as rights are mutual. Mr. Petersen reviewed the original debtor in possession loan and argued that no one is harmed by taking this loan out today.

The Court discussed the language in the commitment letter and questioned Mr. Waldt regarding the Arizona State Land Department's proposed language.

Mr. Waldt responded and discussed the response filed by the Arizona State Land Department. Mr. Waldt presented his client's position and argued that this is new financing which is subject to definitive loan documents. Mr. Waldt urged that the motion be denied without prejudice and requested that, if the Court does enter an order, the Arizona State Land Department's language as proposed in their footnote, both A and B, be included so that their position with respect to jurisdiction is preserved.

Mr. Burgess reviewed his client's response to the motion and expressed his client's concerns. Mr. Burgess discussed relevant case law and stated that the CPF Vaseo Associates LLC's plan can still go forward whether or not the Court grants a priming lien for the debtor.

Mr. Petersen argued that this payment needs to be made whether the Court approves one plan or the other and responded to Mr. Waldt's and Mr. Burgess' comments.

Mr. Burgess stated that, to the extent that the Court is inclined to enter an order on this, his client would request a provision be inserted in the form of order which clarifies that their interests are otherwise preserved. Mr. Burgess asked for a few additional days to submit finding and conclusions, as ordered at the previous trial.

Mr. Petersen stated that the parties have agreed to the end of the day on Thursday to submit findings and conclusions.

COURT: ON AGREEMENT OF THE PARTIES IT IS ORDERED ALLOWING THE PARTIES UNTIL THURSDAY, SEPTEMBER 14, 2017 AT MIDNIGHT TO FILE THEIR FINDINGS AND

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:16-BK-05493-MCW          MONDAY, SEPTEMBER 11, 2017 10:30 AM

CONCLUSIONS.

THE COURT WILL MAKE AN ORAL RULING ON THIS MATTER AT 3:15 PM. THE PARTIES ARE PERMITTED TO APPEAR TELEPHONICALLY

\*\*\*The Court took a recess\*\*\*

The Court resumed the matter.

THE COURT PLACED ITS RULING ON THE RECORD. ANYONE WISHING TO OBTAIN A COPY MAY ORDER A TRANSCRIPT.

COURT:  IT IS ORDERED APPROVING THE APPLICATION IN PART, AS DETAILED ON THE RECORD. MR. PETERSEN IS DIRECTED TO MAKE THE NECESSARY CHANGES TO THE ORDER, CIRCULATE THE CHANGES TO THE PARTIES, AND UPLOAD THE REVISED FORM OF ORDER.

Mr. Waldt advised that he will get back to Mr. Petersen with any comments regarding the language in the order.

Mr. Burgess expressed his client's concern regarding the loan documents and questioned if they will have an opportunity to review those documents.

Mr. Petersen responded that the loan documents are being finalized right now but they can be sent around in draft form. Mr. Petersen advised that he would like to upload the order today.

**MATTER NOT ON CALENDAR - ORAL RULING ON JULY DEBTORS' OBJECTIONS TO CLAIMS FILED BY CPF VASEO ASSOCIATES**

The Court discussed the Oral Argument, held 8/16/17, on the July Debtors' Objections to Claims filed by CPF Vaseo Associates, LLC. The Court advised that in preparing its ruling it reviewed the claim objections filed in cases 2:16-bk-07659 at docket entry 69, 2:16-bk-07660 at docket entry 30, and 2:16-bk-07661 at docket entry 33.

THE COURT PLACED ITS RULING ON THE RECORD. ANYONE WISHING TO OBTAIN A COPY MAY ORDER A TRANSCRIPT.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...　2:16-BK-05493-MCW　　　MONDAY, SEPTEMBER 11, 2017 10:30 AM

COURT:  IT IS ORDERED DISALLOWING THE PER DIEM LATE FEES THAT CPF VASEO ASSOCIATES, LLC CLAIMED IN THE JULY DEBTOR CASES.